IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMIE HARGIS,** *individually*
*and on behalf of all others*
*similarly situated*,

    **Plaintiffs,**

    v.

**SAMUEL SON & CO (USA) INC.,**

    **Defendant.**

Civil Action 2:24-cv-3805
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Joint Status Report and Request to Continue the Stay. (ECF No. 17.) The parties request that the Court stay the case for an additional 60 days. (*Id.*) For good cause shown, the Request is **GRANTED**. The above-captioned case is **STAYED** for an additional **60 DAYS**. The parties are **DIRECTED** to file a written **JOINT STATUS REPORT** by **APRIL 15, 2025**, detailing the status of the case.

    IT IS SO ORDERED.

Date: February 14, 2025                /s/ *Elizabeth A. Preston Deavers*
                                              **ELIZABETH A. PRESTON DEAVERS**
                                              **UNITED STATES MAGISTRATE JUDGE**