# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JAMIE HARGIS, *on behalf of himself and others similarly situated*,

:

    Plaintiff,

v.

SAMUEL SON & CO (USA) INC.,

    Defendant.

:

:

Case No. 2:24-cv-3805
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth A. Preston Deavers

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of FLSA Collective Action Settlement. (ECF No. 28.) Before a district court approves a settlement, it must find that the settlement is "fair, reasonable, and adequate." *Johnson v. Midwest Logistics Sys., Ltd.*, No. 2:11-CV-1061, 2013 WL 2295880, at *4 (S.D. Ohio May 24, 2013) (Marbley, J.) (citing *UAW v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007)). In making this determination, courts look to seven factors:

> (1) the risk of fraud or collusion; (2) the complexity, expense, and likely duration of the litigation; (3) the amount of discovery engaged in by the parties; (4) the likelihood of success on the merits; (5) the opinions of class counsel and class representatives; (6) the reaction of absent class members; and (7) the public interest.

*Id.* (citing *UAW*, 497 F.3d at 631). Courts must also "ensure that the distribution of the settlement proceeds is equitable." *Myres v. Hopebridge, LLC*, No. 2:20-CV-5390, 2023 WL 2399056, at *5 (S.D. Ohio Feb. 21, 2023) (Sargus, J.) (citation omitted).

Having reviewed the Joint Motion and all its attachments, including the Collective Action Settlement Agreement and Release (ECF No. 28-1), the Court is satisfied that the proposed settlement is fair, reasonable, and adequate and that the proposed distribution of settlement proceeds is equitable. As such, the Joint Motion is **GRANTED**. The Settlement Agreement is **APPROVED** on the terms and conditions set forth therein. This matter is **DISMISSED with prejudice**, though the Court will retain jurisdiction over any disputes pertaining to the settlement.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**